```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA,         :
                                   :     ORDER TO SHOW CAUSE
                                   :
       -against-                   :     05-CR-769(SLT)
                                   :
STEPHON FULLER,                    :
                                   :
                      Defendant.   :
-------------------------------------------------------x
```

**SANDRA L. TOWNES, U.S. District Judge:**

The government is ordered to show cause, in writing, on or before **February 22, 2008** why the court should not, *sua sponte*, pursuant to 18 U.S.C. § 3582(c)(2), as well as *Kimbrough v. United States,* ____ U. S. ____, 128 S.Ct. 558 (2007) and *Gall v. United States,* ____ U. S. ____, 128 S.Ct. 586 (2007), file an amended judgment reducing the defendant's term of imprisonment in accord with the U.S. Sentencing Commission's November 1, 2007 amendment to Sentencing Guideline § 2D1.1, and promulgated amendments to Sentencing Guidelines Policy Statement § 1B1.10, which will make the amendment to Guideline § 2D1.1 retroactive effective March 3, 2007.

Joel Stein, Esq. is hereby appointed [pursuant to the Criminal Justice Act] to represent the defendant in this matter. Any response to the government's submission shall be filed on or before **February 27, 2008**. Any reply by the government shall be filed on or before **February 29, 2008**.

SO ORDERED.

DATED:   Brooklyn, New York
         February 15, 2008

                                       _____/s/_____
                                              SANDRA L. TOWNES
                                           United States District Judge